Anne S. Magnelli ISB # 9452
Nicole M. Jenkins, ISB # 12191
ANDERSON, JULIAN & HULL, LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:     (208) 344-5800
Facsimile:      (208) 344-5510
E-Mail:          amagnelli@ajhlaw.com
                     njenkins@ajhlaw.com
                     service@ajhlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL J. CHAMPINE, individually and on behalf of his minor daughter, I.J.C.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CHRIS RYAN, an individual; BOISE SCHOOL DISTRICT; and DOES I-X, individuals and/or entities of unknown origin,<br><br>　　　　　　Defendants. | Case No.  1:23-CV-00338-DCN<br><br>**MOTION FOR PROTECTIVE ORDER** |

COME NOW the above-entitled Defendants, CHRIS RYAN and BOISE SCHOOL DISTRICT, by and through their counsel of record, Anderson, Julian and Hull, LLP and hereby respectfully request this Court issue a protective order to expedite the exchange of privileged and confidential documents and to protect certain discovery material in accordance with Fed. R. Civ. P. 26(c).

The Defendants request that the Court enter an Order in the form of the (Proposed) Protective Order submitted simultaneously with this Motion, or in some other format this Court may find appropriate and fitting for the needs of the case.

MOTION FOR PROTECTIVE ORDER - 1

The Defendants request that a Protective Order be entered to protect the disclosure of information which the parties or designating party consider confidential, sensitive and/or proprietary in nature and which requires protection against unrestricted disclosure and use, as more fully set forth in the supporting Memorandum. That is, the Defendants seek a Protective Order limiting the use and disclosure of information obtained in discovery.

This Motion is supported by the Memorandum in Support of Defendants' Motion for Protective Order and the Declaration of counsel filed concurrently herewith.

DATED this 2nd day of July, 2024.

                ANDERSON, JULIAN & HULL LLP

           By: */s/ Anne S. Magnelli*
                Anne S. Magnelli, Of the Firm
                Nicole M. Jenkins, Of the Firm
                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2024, I served a true and correct copy of the foregoing **MOTION FOR PROTECTIVE ORDER** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Raymond D. Powers | | |
| Portia L. Rauer | [ ] | U.S. Mail, postage prepaid |
| POWERS FARLEY, P.C. | [ ] | Hand-Delivered |
| 702 West Idaho Street, Suite 700 | [ ] | Overnight Mail |
| Boise, ID 83702 | [ ] | Facsimile |
| Telephone: (208) 577-5100 | [ ] | E-mail |
| E-mails: contact@powersfarley.com | [X] | ECF |
| rdp@powersfarley.com | | |
| plr@powersfarley.com | | |

*Attorneys for Plaintiffs*

                                        */s/ Anne S. Magnelli*
                                          Anne Sullivan Magnelli