# EXHIBIT B

*Champine, Michael v. Boise School District, et al.*
Case No.: 1:23-cv-338-DCN
AJH Matter No. 2321-871

Privilege log of Defendants Boise School District, et al

| Bates No. | Doc. Date | Doc. Type | Privilege Claimed | Description |
|---|---|---|---|---|
| BSD 124 | 12/13/2022 | Video/ mp4 | FERPA (Federal Educational Right and Privacy Act) | Videotape of Fairmont Junior High hallway showing multiple minors/students |
| BSD 125-565 | Various | PDF | I.C. § 74-106- Personnel records, personal information, health records, professional discipline- Records exempt from disclosure | Personnel file of Christopher Ryan |