# EXHIBIT C

**From:** Portia L. Rauer
**To:** Anne S. Magnelli
**Cc:** Raymond D. Powers; Mia Preszler; Jean E. Schroeder; Chris Boisvert
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions
**Date:** Tuesday, June 25, 2024 1:30:45 PM
**Attachments:** image003.png
image006.png
image002.png

---

Anne, the same arguments apply with regard to 74-106. BSD has taken an inconsistent position with regard to Mr. Gale's personnel file. If you believe 74-106 protects Mr. Ryan's personnel file from being disclosed, then why would expect WASD to turn over Mr. Gale's personnel file? Wouldn't 74-106 protect Mr. Gale's file from your subpoena? Stated differently, if 74-106 does not protect Mr. Gale's file and your subpoena is valid, then 74-106 should not protect Mr. Ryan's file and it should be produced.

**Powers Farley**
208-577-5100

**From:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Sent:** Tuesday, June 25, 2024 1:12 PM
**To:** Portia L. Rauer <plr@powersfarley.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

**[EXTERNAL EMAIL]** This message originated outside of your organization. Remember to always use caution when opening attachments or clicking on links.

Portia,

Just to clarify, the District had not taken the position that Chris Ryan's personnel file was protected by FERPA. Instead, the District in its privilege log invoked I.C. § 74-106 (Personnel records, personal information, health records, professional discipline- Records exempt from disclosure), which prevents the District from providing access to Mr. Ryan's personnel file except in delineated circumstances. Thus, I do not agree that the District has taken an inconsistent position in this regard.

I would be open to hearing your thoughts on why I.C. § 74-106 may not or does not apply here to prevent the District from producing Mr. Ryan's personnel records.

-Anne

**From:** Portia L. Rauer [mailto:plr@powersfarley.com]
**Sent:** Tuesday, June 25, 2024 1:03 PM
**To:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

Anne, with regard to Mr. Ryan, we would like his personnel file before we depose him. I note that BSD has served a subpoena to West Ada School District for Mr. Gale's personnel file, which indicates to me your lack of concern that FERPA would protect school district personnel files in this case without a protective order. Given this inconsistent position of the school district, we would request that Mr. Ryan's entire personnel file be produced as soon as possible w/o a protective order. If Mr. Ryan's personnel file is timely produced, we would like to keep Mr. Ryan's depo for July 15th since that is a date he said he could be available.

**Powers Farley**
208-577-5100

**From:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Sent:** Tuesday, June 25, 2024 12:16 PM
**To:** Portia L. Rauer <plr@powersfarley.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

**[EXTERNAL EMAIL]** This message originated outside of your organization. Remember to always use caution when opening attachments or clicking on links.

Hi, Portia,

Dan Skinner is still available on July 16; please go ahead and notice his deposition for that date.

As for Mr. Ryan, I wonder if July 17 would work for you for his deposition? He is having some issues rearranging his schedule for July 15; please let me know if another date that week might work.

-Anne



ANDERSON, JULIAN & HULL, LLP

Anne Sullivan Magnelli
Partner
Tel (208) 576-3022 | Fax (208) 344-5510 | www.ajhlaw.com

C.W. Moore Plaza
250 S 5th Street, Ste. 700
P.O. Box 7426
Boise, ID 83707

**From:** Portia L. Rauer [mailto:plr@powersfarley.com]
**Sent:** Monday, June 24, 2024 11:43 AM
**To:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

My mistake – Ryan on July 15th; Skinner on July 16th.

**Powers Farley**
208-577-5100

**From:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Sent:** Monday, June 24, 2024 11:38 AM
**To:** Portia L. Rauer <plr@powersfarley.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

**[EXTERNAL EMAIL]** This message originated outside of your organization. Remember to always use caution when opening attachments or clicking on links.

Portia,

Just to clarify, you want both depositions on the same day, July 15th, correct?

 

Anne Sullivan Magnelli
Partner
Tel (208) 576-3022 | Fax (208) 344-5510 | www.ajhlaw.com

C.W. Moore Plaza
250 S 5th Street, Ste. 700
P.O. Box 7426
Boise, ID 83707

**From:** Portia L. Rauer [mailto:plr@powersfarley.com]
**Sent:** Monday, June 24, 2024 11:35 AM
**To:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** Champine v. BSD-- Ryan and Skinner depositions

Anne – we would like to depose Chris Ryan on July 15th and Dan Skinner on July 15th. According to your email, these dates should be available. Please let us know if those dates remain open. Also, could you please provide us with Blair Krigbaum's last known physical address. Thanks.

Portia L. Rauer, Esq.
Powers Farley Attorneys

702 W. Idaho Street, Suite 700
P.O. Box 9756
Boise, Idaho 83706
Office: 208-577-5100
Cell: 208-440-4943
www.powersfarley.com