# EXHIBIT D

| | |
|---|---|
| **From:** | Portia L. Rauer |
| **To:** | Anne S. Magnelli |
| **Cc:** | Jean E. Schroeder; Raymond D. Powers; Mia Preszler; Lela Pena |
| **Subject:** | RE: Champine v. BSD |
| **Date:** | Tuesday, June 18, 2024 3:03:55 PM |
| **Attachments:** | image008.png |
| | image001.png |

Thanks Anne. In follow up to our conversation last week, when can we expect production of the district's policies on reporting suspected child abuse, etc.? I recall you agreed that any school district policies should be produced without a protective order or an RFP. Based on our conversation, I expected to see those by Friday. We believe that all district policies related to teacher/staff reporting policies, evidence of trainings on reporting obligations, and all attendance lists for Fairmont Jr Hi teachers and staff who attended trainings should be produced.

Also, could you please explain in further detail or provide a very specific code citation why you believe FERPA protects the video of the school hallway from production? In our opinion, FERPA is not broad enough to cover the video.

Thanks.

**Powers Farley**
208-577-5100

**From:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Sent:** Tuesday, June 18, 2024 2:54 PM
**To:** Portia L. Rauer <plr@powersfarley.com>
**Cc:** Jean E. Schroeder <jes@powersfarley.com>; Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Lela Pena <lpena@ajhlaw.com>
**Subject:** RE: Champine v. BSD

**[EXTERNAL EMAIL]** This message originated outside of your organization. Remember to always use caution when opening attachments or clicking on links.

Portia,

As a follow-up to this, I wanted to let you know that Heath Shepard is available for deposition from July 8- August 5.



### ANDERSON, JULIAN & HULL, LLP

**Anne Sullivan Magnelli**
Partner
Tel (208) 576-3022 | Fax (208) 344-5510 | www.ajhlaw.com

C.W. Moore Plaza
250 S 5th Street, Ste. 700
P.O. Box 7426
Boise, ID 83707

CONFIDENTIALITY NOTICE: This email message and any attachments to this email message contain confidential information that may be legally privileged...

**From:** Anne S. Magnelli
**Sent:** Tuesday, June 11, 2024 1:58 PM
**To:** Portia L. Rauer <plr@powersfarley.com>
**Cc:** Jean E. Schroeder <jes@powersfarley.com>; Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Lela Pena <lpena@ajhlaw.com>
**Subject:** RE: Champine v. BSD

Hi, Portia,

I was out on Friday June 7th with a medical procedure. I am in the office today, but was on a call when you called about a half-hour ago. So, thanks for sending an email to close the loop on this.

I have been in touch with the District about your request in the May 6 letter. All these folks are off contract for the summer, but I reached out to them and can share that I have asked them for their July availability, and:

- Chris Ryan is available July 15-31. He is in jury duty the week of July 8.

- Dan Skinner is available for deposition July 8, 9, 10, 11, 16, 17, 25, 26, 29, 30, and 31.

- Blair Krigbaum is no longer a District employee and you will likely need to reach out to her individually to find out her available dates. For her deposition (and the others), I am basically free in July, but would like to avoid July 5 and 12 if possible.

- I am still waiting to hear back from Heath Shepard, Andrew Remaly, and Yolanda Martinez. I do not anticipate your needing to file a motion to compel dates, but I do know that during the summer months, school employees are slower to respond to emails and calls.

Perhaps you can start by noticing Mr. Ryan's and Mr. Skinner's depositions, and I can update you when I hear as to Mr. Shepard's, Mr. Remaly's, and Ms. Martinez's July dates.

If you want to proceed with contacting Ms. Krigbaum directly, you may be able to get that set up as well.

Let me know if you would like to hop on the phone do discuss this further.

-Anne



### ANDERSON, JULIAN & HULL, LLP

**Anne Sullivan Magnelli**
Partner
Tel (208) 576-3022 | Fax (208) 344-5510 | www.ajhlaw.com

C.W. Moore Plaza
250 S 5th Street, Ste. 700
P.O. Box 7426
Boise, ID 83707

CONFIDENTIALITY NOTICE: This email message and any attachments to it is a mail message which is confidential information and may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this email or any attachments to it. This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521. The information contained in this e-mail is intended only for the use of the individual or entity named above. If you have received this transmission in error, please immediately notify us by telephone at (208) 344-5500, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Portia L. Rauer [mailto:plr@powersfarley.com]
**Sent:** Tuesday, June 11, 2024 1:42 PM
**To:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Cc:** Jean E. Schroeder <jes@powersfarley.com>; Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>
**Subject:** Champine v. BSD

Anne – I sent you a letter on May 6, 2024, asking for dates to depose Chris Ryan, Blair Krigbaum, Health Shepard, Andrew Ramelli, Yolanda Martinez, and Dan Skinner. After waiting a month with no response, I called your office and left you a voicemail on Friday, June 7, 2024, asking for a call back about my letter, but, again, have received no response from you. I called you again today about moving discovery along and getting depositions scheduled, but there was no answer so I left another voicemail.

I would like to avoid filing a motion to compel, so would appreciate receiving August dates to depose these folks by no later than Friday of this week. Otherwise, we will file a motion to compel on Monday, June 17th. Portia

Portia L. Rauer, Esq.
**Powers Farley** Attorneys



702 W. Idaho Street, Suite 700
P.O. Box 9756
Boise, Idaho 83706
Office: 208-577-5100
Cell: 208-440-4943
www.powersfarley.com

This electronic mail message and any attachments are confidential and may also contain privileged attorney-client information or work product. The message is intended only for the use of the addressee. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this electronic transmission in error, please immediately notify the sender by telephone to arrange for the return of the documents.