# EXHIBIT E

| | |
|---|---|
| **From:** | Portia L. Rauer |
| **To:** | Anne S. Magnelli |
| **Cc:** | Raymond D. Powers; Jean E. Schroeder; Mia Preszler |
| **Subject:** | Champine v. BSD --clawback of hallway video |
| **Date:** | Monday, June 24, 2024 11:42:25 AM |
| **Attachments:** | image001.png |

Anne, in an email dated June 18th, I asked you to provide more detailed information on how you think FERPA protects the hallway video from disclosure. From our analysis of FERPA we do not believe it is broad enough to protect the video you produced. We are willing to consider a shortened version of the video so that it only reveals information relevant to this case. We would like to work this out without having to file a motion to compel with the court.

Portia L. Rauer, Esq.
Powers Farley Attorneys



702 W. Idaho Street, Suite 700
P.O. Box 9756
Boise, Idaho 83706
Office: 208-577-5100
Cell: 208-440-4943
www.powerfarley.com

There is[illegible confidentiality notice]