# EXHIBIT F

| | |
|---|---|
| **From:** | Portia L. Rauer |
| **To:** | Anne S. Magnelli |
| **Cc:** | Raymond D. Powers; Mia Preszler; Jean E. Schroeder; Chris Boisvert |
| **Subject:** | RE: Champine v. BSD-- Ryan and Skinner depositions |
| **Date:** | Thursday, June 27, 2024 4:36:32 PM |
| **Attachments:** | Image004.png |
| | image007.png |
| | image008.png |

I understand that you have the right to file for a protective order. Our complaint was filed under seal almost a year ago – long before Ryan's criminal case and the allegations against him were broadcast on the news and long before the other two complaints were filed without any protection. The ship on which we tried to protect sensitive information sailed long ago.

**Powers Farley**
208-577-5100

**From:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Sent:** Thursday, June 27, 2024 4:25 PM
**To:** Portia L. Rauer <plr@powersfarley.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

**[EXTERNAL EMAIL]** This message originated outside of your organization. Remember to always use caution when opening attachments or clicking on links.

Portia,

Chris Ryan is available on July 25 and Dan Skinner on July 26.

I would still like to have a protective order in place before depositions proceed—and I believe that is appropriate, given that (as you have pointed out, the Complaint is sealed)—so I will be moving for a protective order tomorrow. I will be moving for a protective order largely in the format attached (removing the stipulated language), which was shared with you in April.

-Anne



**ANDERSON, JULIAN & HULL, LLP**

Anne Sullivan Magnelli
Partner
Tel (208) 576-4022 | Fax (208) 344-5510 | www.ajhlaw.com

C.W. Moore Plaza
250S 5th Street, Ste. 700
P.O. Box 7426
Boise, ID 83707

CONFIDENTIALITY NOTICE: This email message and any attachments thereto may contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this email or any attachments to it. If you have received this email in error, please notify us immediately by return email and delete this message and all copies and backups thereof. Thank you.

**From:** Portia L. Rauer [mailto:plr@powersfarley.com]
**Sent:** Wednesday, June 26, 2024 5:18 PM
**To:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

Anne – we will await the shortened version of the video and the production supplement of Mr. Ryan's personnel file.  Since Mr. Ryan is not available on July 15th, then we propose deposing him on July 25th and Mr. Skinner on July 26th.  Please let us know if those dates are available. Thanks.

**Powers Farley**
208-577-5100

**From:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Sent:** Wednesday, June 26, 2024 9:55 AM
**To:** Portia L. Rauer <plr@powersfarley.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

**[EXTERNAL EMAIL]** This message originated outside of your organization. Remember to always use caution when opening attachments or clicking on links.

Portia, thanks for sharing  your thoughts.

As it relates to inconsistent positions, I don't see my position as being inconsistent; I do not represent WASD in this matter, and it may be that WASD *will* end up either resisting the production or redacting

Mr. Gale's personnel file on the basis of I.C. 74-106. But, I am not going to make that argument for WASD in this case, as I represent BSD in this case. I will let WASD make that argument, and deal with it if it does.

Nevertheless, I appreciate your explanation of your view of the statute, which may have some merit. Accordingly, I am reviewing and redacting Mr. Ryan's personnel file and will provide a redaction log with any production I supplement with, as appropriate.

Assuming this discrete issue can get resolved expeditiously, I would appreciate your consideration in moving Mr. Ryan's deposition to July 16, 17, 18, or 19. He did not know when he mentioned July 15 to me that something had been scheduled for that date by his wife, and I cannot see how it will be a hardship to move his deposition one or two days to accommodate this reality. If you wanted to keep the same order of deposition, Mr. Skinner could be deposed on July 25 25, 26, 29, 30, or 31, and Mr. Ryan on July 16, 17, 18, or 19. He is no longer available on July 15th.

Thank you,



ANDERSON, JULIAN & HULL, LLP

Anne Sullivan Magnelli
Partner
Tel (208) 576-3022 | Fax (208) 344-5510 | www.ajhlaw.com

C.W. Moore Plaza
250 S 5th Street, Ste. 700
P.O. Box 7426
Boise, ID 83707

CONFIDENTIALITY NOTICE: This e-mail message and any attachments to this e-mail message may contain confidential information that is legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this message. If you are not the intended recipient and have received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Thank you.

**From:** Portia L. Rauer [mailto:plr@powersfarley.com]
**Sent:** Tuesday, June 25, 2024 1:31 PM
**To:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

Anne, the same arguments apply with regard to 74-106. BSD has taken an inconsistent position with regard to Mr. Gale's personnel file. If you believe 74-106 protects Mr. Ryan's personnel file from being disclosed, then why would expect WASD to turn over Mr. Gale's personnel file? Wouldn't 74-106 protect Mr. Gale's file from your subpoena? Stated differently, if 74-106 does not protect Mr. Gale's file and your subpoena is valid, then 74-106 should not protect Mr. Ryan's file and it should be produced.



**Powers Farley**
208-577-5100

**From:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Sent:** Tuesday, June 25, 2024 1:12 PM
**To:** Portia L. Rauer <plr@powersfarley.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

> **[EXTERNAL EMAIL]** This message originated outside of your organization. Remember to always use caution when opening attachments or clicking on links.

Portia,

Just to clarify, the District had not taken the position that Chris Ryan's personnel file was protected by FERPA. Instead, the District in its privilege log invoked I.C. § 74-106 (Personnel records, personal information, health records, professional discipline- Records exempt from disclosure), which prevents the District from providing access to Mr. Ryan's personnel file except in delineated circumstances. Thus, I do not agree that the District has taken an inconsistent position in this regard.

I would be open to hearing your thoughts on why I.C. § 74-106 may not or does not apply here to prevent the District from producing Mr. Ryan's personnel records.

-Anne

**From:** Portia L. Rauer [mailto:plr@powersfarley.com]
**Sent:** Tuesday, June 25, 2024 1:03 PM
**To:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

Anne, with regard to Mr. Ryan, we would like his personnel file before we depose him. I note that BSD has served a subpoena to West Ada School District for Mr. Gale's personnel file, which indicates to me your lack of concern that FERPA would protect school district personnel files in this case without a protective order. Given this inconsistent position of the school district, we would request that Mr. Ryan's entire personnel file be produced as soon as possible w/o a protective order. If Mr. Ryan's personnel file is timely produced, we would like to keep Mr. Ryan's depo for July 15th since that is a date he said he could be available.



**Powers Farley**
208-577-5100

**From:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Sent:** Tuesday, June 25, 2024 12:16 PM
**To:** Portia L. Rauer <plr@powersfarley.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

**[EXTERNAL EMAIL]** This message originated outside of your organization. Remember to always use caution when opening attachments or clicking on links.

Hi, Portia,

Dan Skinner is still available on July 16; please go ahead and notice his deposition for that date.

As for Mr. Ryan, I wonder if July 17 would work for you for his deposition? He is having some issues rearranging his schedule for July 15; please let me know if another date that week might work.

-Anne



ANDERSON, JULIAN & HULL, LLP

**Anne Sullivan Magnelli**
Partner
Tel (208) 576-3022 | Fax (208) 344-5510 | www.ajhlaw.com

C W Moore Plaza
250 S 5th Street, Ste. 700
P.O. Box 7426
Boise, ID 83707

**From:** Portia L. Rauer [mailto:plr@powersfarley.com]
**Sent:** Monday, June 24, 2024 11:43 AM
**To:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

My mistake – Ryan on July 15th; Skinner on July 16th.



**Powers Farley**
208-577-5100

**From:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Sent:** Monday, June 24, 2024 11:38 AM
**To:** Portia L. Rauer <plr@powersfarley.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** RE: Champine v. BSD-- Ryan and Skinner depositions

**[EXTERNAL EMAIL]** This message originated outside of your organization. Remember to always use caution when opening attachments or clicking on links.

Portia,

Just to clarify, you want both depositions on the same day, July 15th, correct?



**From:** Portia L. Rauer [mailto:plr@powersfarley.com]
**Sent:** Monday, June 24, 2024 11:35 AM
**To:** Anne S. Magnelli <amagnelli@ajhlaw.com>
**Cc:** Raymond D. Powers <rdp@powersfarley.com>; Mia Preszler <mcp@powersfarley.com>; Jean E. Schroeder <jes@powersfarley.com>; Chris Boisvert <crb@powersfarley.com>
**Subject:** Champine v. BSD-- Ryan and Skinner depositions

Anne – we would like to depose Chris Ryan on July 15th and Dan Skinner on July 15th. According to your email, these dates should be available.  Please let us know if those dates remain open. Also, could you please provide us with Blair Krigbaum's last known

physical address.  Thanks.

Portia L. Rauer, Esq.
**Powers Farley** Attorneys

 702 W. Idaho Street, Suite 700
P.O. Box 9756
Boise, Idaho 83706
Office:  208-577-5100
Cell:  208-440-4943
www.powerstarley.com

This electronic mail transmission may contain confidential or privileged information. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this transmission in error, please notify me by reply e-mail and delete this message.