IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL CHAMPINE, individually and on behalf of his minor daughter, I.J.C.,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRIS RYAN, an individual, BOISE SCHOOL DISTRICT, and DOES I-X, individuals and/or entities of unknown origin,<br><br>　　　　　　　　Defendants. | Case No. 1:23-cv-00338-DCN<br><br>**ORDER GRANTING STIPULATION TO VACATE SCHEDULING ORDER** |

　　Based upon the Stipulation to Vacate Scheduling Order entered into by the parties and good cause appearing therefor:

　　IT IS HEREBY ORDERED that the Court's current Scheduling Order is VACATED.  A new scheduling order will be set at a later date.

DATED: November 25, 2024

_____
David C. Nye
Chief U.S. District Court Judge

ORDER GRANTING STIPULATION TO VACATE SCHEDULING ORDER – 1