Anne S. Magnelli ISB # 9452
ANDERSON, JULIAN & HULL, LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone: (208) 344-5800
Facsimile: (208) 344-5510
E-Mail: amagnelli@ajhlaw.com
service@ajhlaw.com

*Attorneys for Defendants Boise School District Fairmont Junior High School, and Chris Ryan*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

MICHAEL CHAMPINE, individually and on behalf of his minor daughter, I.J.C.,

Plaintiff,

v.

CHRIS RYAN, an individual, BOISE SCHOOL DISTRICT, DANIEL SKINNER, an individual and DOES I-X, individuals and/or entities of unknown origin,

Defendants.

MEG CHAMPINE, individually, and as natural legal guardian for the Minor Child Plaintiff, IJC,

Plaintiff,

vs.

BOISE SCHOOL DISTRICT; FAIRMONT JUNIOR HIGH, and CHRISTOPHER RYAN and DOES I-X, individuals and/or entities of unknown origin,

Defendants.

Case No. 1:23-CV-00338-DCN

**DEFENDANTS BOISE SCHOOL DISTRICT, FAIRMONT JUNIOR HIGH SCHOOL AND CHRIS RYAN'S MOTION TO EXPEDITE RULING ON DEFENDANTS' MOTION FOR RULE 35 EXAMINATION OF PLAINTIFF I.J.C.**

Defendants move to expedite consideration of their *Defendants Boise School District, Fairmont Junior High School and Chris Ryan's Motion for Rule 35 Examination of Plaintiff I.J.C.* Expedited treatment is warranted because Defendants have been requesting the IME of Plaintiff I.J.C. since, at least, August 2025. (Dec. of Anne S. Magnelli in Support of *Defendants Boise School District, Fairmount Junior High School and Chris Ryan's Motion for Rule 35 Examination of Plaintiff I.J.C*, ¶ 5) Here, Plaintiffs stated that they would potentially make I.J.C. available for an IME after her high school graduation in May 2026. Now, Plaintiffs have refused to allow Defendants to conduct an IME of I.J.C. As a result, Defendants have been unable to secure Plaintiffs' availability for an IME and have thus been required to file their Motion for F.R.C.P. 35 Examination of Plaintiff I.J.C.

Although the discovery deadlines have been paused by stipulation and order until the continued deposition of Daniel Skinner (which is on hold per informal stipulation until the Court rules on Defendant Daniel Skinner's Motion to Dismiss), it will take time for Defendants' expert to examine I.J.C. over the course of two days and complete a thorough report. [*See* Dkt. 78, p.17-18] Defendants seek relief in order to avoid being in a situation where they are unable to secure and complete the IME and report without adequate time.

As supported by the memoranda and Declaration of Counsel in support of these Motions, it is Defendants' position that they are entitled to conduct a Rule 35 examination of Plaintiff I.J.C. to respond to Plaintiffs' experts and prepare for trial, which although not yet set, must be kept in mind since this case originated in 2023. Without an expedited ruling on these Motions, Defendants will be unable to timely conduct an IME of Plaintiff I.J.C.; timely disclose expert witnesses; and meaningfully and proactively defend this matter.

DATED this 17th day of June, 2026.

ANDERSON, JULIAN & HULL LLP

By: [signature]

Anne S. Magnelli, Of the Firm
Attorneys for Defendants Boise School District, Fairmont Jr. High, and Chris Ryan

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of June, 2026, I served a true and correct copy of the foregoing document by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Raymond D. Powers | | |
| Portia L. Rauer | [ ] | U.S. Mail, postage prepaid |
| POWERS FARLEY, P.C. | [ ] | Hand-Delivered |
| 702 West Idaho Street, Suite 700 | [ ] | Overnight Mail |
| Boise, ID 83702 | [ ] | Facsimile |
| Telephone: (208) 577-5100 | [ ] | E-mail |
| E-mails: contact@powersfarley.com | [X] | ECF |
| rdp@powersfarley.com | | |
| plr@powersfarley.com | | |
| *Attorneys for Plaintiff Michael Champine and I.J.C.* | | |

| | | |
|---|---|---|
| Eric S. Rossman | [ ] | U.S. Mail, postage prepaid |
| ROSSMAN LAW GROUP | [ ] | Hand-Delivered |
| 350 N. 9th St., Ste. 500 | [ ] | Overnight Mail |
| Boise, Idaho 83702 | [ ] | Facsimile |
| T: (208) 331-2030 | [ ] | E-mail |
| E: erossman@rossmanlaw.com | [X] | ECF |
| *Attorneys for Plaintiff Meg Champine and I.J.C* | | |

| | | |
|---|---|---|
| Andrea J. Rosholt | [ ] | U.S. Mail, postage prepaid |
| ROSHOLT LAW, PLLC | [ ] | Hand-Delivered |
| 210 Murray St., Suite B | [ ] | Overnight Mail |
| Garden City, Idaho 83714 | [ ] | Facsimile |
| T: (208) 901-5198 | [ ] | E-mail |
| E: andrea@rosholtlaw.com | [X] | ECF |
| *Attorneys for Plaintiff Meg Champine and I.J.C.* | | |

| | | |
|---|---|---|
| Bruce J. Castleton | [ ] | U.S. Mail, postage prepaid |
| Castleton Law PLLC | [ ] | Hand-Delivered |
| 10400 Overland Road #238 | [ ] | Overnight Mail |
| Boise, Idaho 83709 | [ ] | Facsimile |
| T: (208) 629-4590 | [ ] | E-mail |
| E; bruce@castletonlegal.com | [X] | ECF |
| *Attorney for Defendant Daniel Skinner* | | |

Anne Sullivan Magnelli